≊AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### District of Minnesota

Elliot Kaplan and Jeanne Kaplan,

**JUDGMENT IN A CIVIL CASE**

V.

Case Number:  07-3630 JRT/JJK

Mayo Clinic et al.,

[X] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Defendants' Motion for Judgment as a Matter of Law GRANTED on breach of contract claim.
Defendants' Motion for Judgment as a Matter of Law DENIED on medical malpractice claim.

Jury Verdict in favor of Defendants on medical malpractice claim.

|  |  |
|---|---|
| April 16, 2009 | RICHARD D. SLETTEN, CLERK |
| Date | |
| | s/Rena L. Riemer |
| | (By)    Rena Lexvold Riemer,    Deputy Clerk |

_____s/John R. Tunheim_____

Judge John R. Tunheim

United States District Judge