◈AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

ELLIOT KAPLAN and JEANNE KAPLAN

**JUDGMENT IN A CIVIL CASE**

V.

Case Number: 07-cv-3630 JRT/JJK

MAYO CLINIC, MAYO FOUNDATION, MAYO FOUNDATION FOR MEDICAL EDUCATION AND RESEARCH, MAYO ROCHESTER, INC., MAYO CLINIC ROCHESTER, INC., and LAWRENCE J. BURGART

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Based on the foregoing, and all the files, records, and proceedings herein, plaintiffs' Motion for Review of Cost Judgment [Docket No. 217] is **GRANTED** and the Clerk's Cost Judgment [Docket 216] is **REVERSED.**

|   |   |
|---|---|
| August 30, 2011 | RICHARD D. SLETTEN, CLERK |
| Date |   |
|   | Katie Thompson |
|   | (By)     Katie Thompson   Deputy Clerk |