# UNITED STATES DISTRICT COURT
## District of Minnesota

Elliot Kaplan and Jeanne Kaplan,

    Plaintiffs,

v.

Mayo Clinic, Mayo Foundation, Mayo Foundation for Medical Education and Research, Mayo Rochester, Inc., and Lawrence J. Burgart,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 07-cv-3630 JRT/JJK

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Judgment is entered in favor of defendants and against plaintiffs on plaintiffs' breach of contract claim.

Date: August 17, 2015

RICHARD D. SLETTEN, CLERK

s/LP Holden

(By)      LP Holden, Deputy Clerk